IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD A. BONNER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 3:21-cv-00911 |
| | )  Judge Aleta A. Trauger |
| UNITED PARCEL SERVICE, NATIONAL DIAGNOSTICS, INC., and TEAMSTERS LOCAL 480, | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, *pro se* plaintiff Reginald Bonner's construed objections (Doc. No. 36) to Magistrate Judge Frensley's Report and Recommendation ("R&R") (Doc. No. 35) are **OVERRULED**, and the court **ACCEPTS** the Magistrate Judge's recommendation that the pending Motions to Dismiss be granted. Accordingly, the Motions to Dismiss (Doc. Nos. 7, 22) are **GRANTED**, and all claims in the Complaint against all defendants are **DISMISSED WITH PREJUDICE**, thus barring the plaintiff from continuing to file lawsuits against the same defendants based on the same facts.

All other pending motions are **DENIED AS MOOT.**

It is so **ORDERED**.

This is the final order in this case. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

_____
ALETA A. TRAUGER
United States District Judge